

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2025

No. 04-25-00595-CV

**IN RE** Joey **HERNANDEZ**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

       Relator filed a petition for writ of mandamus on September 18, 2025 seeking an order directing respondent to admit and consider specific evidence, credit certain payments to child support obligations, and vacate a contempt finding. Relator has not provided an appendix or mandamus record. Having failed to provide a record, Relator has not established that he is entitled to the relief requested. The petition for writ of mandamus is **DENIED**.

       Pursuant to Texas Rule of Appellate Procedure 9.9(e) we **ORDER** the clerk of this court to restrict remote access to the exhibits to appellant's petition for writ of mandamus and supplemental exhibits. *See id.* R. 9.9(e) ("Documents that contain unredacted sensitive data in violation of this rule must not be posted on the Internet."); *see also id.* R. 9.9(a)(3) (specifying "sensitive data" includes "the name of any person who was a minor when the underlying suit was filed").

       It is so **ORDERED** on October 22, 2025.

_____
Lori Massey Brissette

---

[1]This proceeding arises out of Cause No. 2016EM504786, styled *Joey Hernandez v. Dulce Estrella Casas*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court